**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **R2R Palliative and Hospice Care, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **dba R2R Palliative Care** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4  7  –  5  1  7  8  6  1  1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **751 Hebron Parkway** | **3540 E. Broad Street** |
| Number    Street | Number    Street |
| **Suite 210** | **#30, Suite 120** |
| | P.O. Box |
| **Lewisville**    **TX**    **75057** | **Mansfield**    **TX**    **76063** |
| City    State    ZIP Code | City    State    ZIP Code |
| **Denton** | Location of principal assets, if different from principal place of business |
| County | |
| | _____ |
| | Number    Street |
| | _____ |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **R2R Palliative and Hospice Care, LLC**                    Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See
http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                                      MM / DD / YYYY
        District _____  When _____  Case number _____
                                                      MM / DD / YYYY
        District _____  When _____  Case number _____
                                                      MM / DD / YYYY

Debtor  **R2R Palliative and Hospice Care, LLC** _____    Case number (if known) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**        _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

_Check one:_

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **R2R Palliative and Hospice Care, LLC** _____ Case number (if known) _____

| 14. **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/06/2022**
MM / DD / YYYY

X  **/s/ Effie Smillie**
Signature of authorized representative of debtor

**Effie Smillie**
Printed name

**Owner**
Title

18. **Signature of attorney**

X  **/s/ Joyce W. Lindauer**        Date  **07/06/2022**
Signature of attorney for debtor        MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number        Street

**1412 Main Street, Suite 500**

**Dallas**                    **TX**        **75202**
City                          State        ZIP Code

**(972) 503-4033**                    **joyce@joycelindauer.com**
Contact phone                          Email address

**21555700**                    **TX**
Bar number                          State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **R2R Palliative and Hospice Care, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value |
|---|---|---|---|---|---|---|---|
| 3.1. | **Checking account - Chase (0361)** | **Checking account** | 0 | 3 | 6 | 1 | $1,841.73 |
| 3.2. | **Checking account - Chase (5376)** | **Checking account** | 5 | 3 | 7 | 6 | ($2,846.00) |
| 3.3. | **Checking account - Bank of America (4730)** | **Checking account** | 4 | 7 | 3 | 0 | $50.00 |

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **($954.27)**

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

Debtor   **R2R Palliative and Hospice Care, LLC**          Case number (if known) _____
_____
Name

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                                        Current value of
                                                                                        debtor's interest

| | | |
|---|---|---|
| 7.1. | **Granbury-Flex - Rental Deposit** | $962.50 |
| 7.2. | **Neal Felder - Rental Deposit** | $2,500.00 |
| 7.3. | **Ubeo - Scanner/Printer Deposit** | $5,000.00 |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.    Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                      $8,462.50

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.   Accounts receivable**

11a. 90 days old or less: _____ – _____ = .............. ➔ _____
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = .............. ➔ _____
                       face amount          doubtful or uncollectible accounts

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                 $0.00

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

                                                            Valuation method        Current value of
                                                            used for current value   debtor's interest
**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                    $0.00

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor    **R2R Palliative and Hospice Care, LLC**    Case number (if known) _____
_____
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | MM/DD/YYYY | | | |

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

   **Medical Supplies - Lotions, personal hygiene items, etc.** _____ _____ _____ **$2,000.00**

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.     **$2,000.00**

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops--either planted or harvested**

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.     **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor   **R2R Palliative and Hospice Care, LLC**
_____   Case number (if known) _____
   Name

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Bookcases, supply shelves, filing cabinets, whiteboards, desks, chairs, folding tables, and kitchen set** | | | **$3,000.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Laptops (9), Smartphones (2), Cameras (2), Scanners (2), TV** | | | **$1,500.00** |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$4,500.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$0.00**

Debtor   **R2R Palliative and Hospice Care, LLC**                          Case number (if known) _____
_____Name_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **751 Hebron Parkway, Lewisville, TX 75057**<br>**Lease**<br>**Commercial Lease at 751 Hebron Parkway, Lewisville, TX 75057** | Lease | | | $0.00 |
| 55.2. **1540 Southtown Drive, Suite 109, Granbury, TX 76048**<br>**Lease**<br>**Commercial Lease at 1540 Southtown Drive, Suite 109, Granbury, TX 76048** | Lease | | | $0.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **r2rhealthcare.com** | | | $0.00 |
| **r2rhospice.com** | | | $0.00 |

Debtor   **R2R Palliative and Hospice Care, LLC**                          Case number (if known) _____
　　　　　　Name

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

   **Medicare, Medicaid, and Alternate Delivery Site
   Accreditations**　_____　_____　_____　　$300,000.00

65. **Goodwill**

66. **Total of Part 10.**
   Add lines 60 through 65.  Copy the total to line 89.　　　　　　　　　**$300,000.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes.  Fill in the information below.

                                                                   Current value of
                                                                   debtor's interest

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   **Debtor is amending its tax return and anticipates a refund of approximately
   $100,000.00 in ERC credit.**　　　　　　　　　　Tax year　**2019**　　**$100,000.00**

   **Debtor is amending its tax return and anticipates a refund of approximately
   $300,000.00 in ERC credit.**　　　　　　　　　　Tax year　**2020**　　**$300,000.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **The business was sold on June 10, 2022 to Avatar Healthcare for $175,000.00. Avatar
   Healthcare began operating the Debtor's business, but did not pay the contract purchase price.
   No lawsuit has been filed yet.**　　　　　　　　　　　　　　　　　　**$175,000.00**

   Nature of claim　　　**Breach of Contract**
   Amount requested　　**$175,000.00**

Debtor    **R2R Palliative and Hospice Care, LLC**                                        Case number (if known) _____
     Name

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                            | **$575,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($954.27) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,462.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $300,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $575,000.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column. | 91a. $889,008.23  + | 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92............................................................... | **$889,008.23** |

**Fill in this information to identify the case:**

Debtor name  **R2R Palliative and Hospice Care, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1.  Do any creditors have claims secured by debtor's property?**

☑  No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐  Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

**2.  List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐  No

☐  Yes.  Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐  No

☐  Yes

**Is anyone else liable on this claim?**

☐  No

☐  Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐  Contingent

☐  Unliquidated

☐  Disputed

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **R2R Palliative and Hospice Care, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No.  Go to Part 2.
   ☑ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,080.20** | **$2,080.20** |

**Emely Robinson**

**4703 Osage Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Arlington** | **TX** | **76018** |

**Date or dates debt was incurred**

Basis for the claim:
**Wages**

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,043.06** | **$3,043.06** |

**Georgina Formacion**

**3509 Beech Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **Rowlett** | **TX** | **75089** |

**Date or dates debt was incurred**

Basis for the claim:
**Wages**

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) | |
|---|---|---|---|

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3**    Priority creditor's name and mailing address

**Janetta Serano**

**5555 Amesbury Drive**

**Apt 1107**

**Dallas**              **TX**      **75206**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,296.65**    **$2,296.65**

---

**2.4**    Priority creditor's name and mailing address

**Lindsay Williams**

**4208 County Road 2008**

**Glen Rose**          **TX**      **76043**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,568.62**    **$2,568.62**

---

**2.5**    Priority creditor's name and mailing address

**Marivic Jacobs**

**8104 Whitney Lane**

**Fort Worth**          **TX**      **76120**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,120.66**    **$3,120.66**

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) |

---

**Part 1:**   **Additional Page**

---

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.6**  Priority creditor's name and mailing address

**Nancy Rivera**

**3733 Lisa Lane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,599.28**   **$1,599.28**

**Mesquite**          **TX**      **75150**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

---

**2.7**  Priority creditor's name and mailing address

**Paul Alan**

**7406 Hanover Court**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,187.50**   **$1,187.50**

**Granbury**          **TX**      **76049**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

---

**2.8**  Priority creditor's name and mailing address

**Saira Jamal**

**1806 Green Leaf Cove**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,104.74**   **$4,104.74**

**South Lake**          **TX**      **76092**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) | |

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |

**2.9**   Priority creditor's name and mailing address

**Stormmy Mitchell**

**2525 W Pleasant Run Road**

**Apt 7M**

**Lancaster               TX     75146**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is:  *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$2,130.30**   Priority amount: **$2,130.30**

**2.10**   Priority creditor's name and mailing address

**Todd Stevens**

**PO Box 191**

**Sidell               TX     76267**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is:  *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$2,756.64**   Priority amount: **$2,756.64**

**2.11**   Priority creditor's name and mailing address

**Wendy Alexander**

**3105 Phaeton Court**

**Plano               TX     75023**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is:  *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$2,618.44**   Priority amount: **$2,618.44**

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$591.63** |
|---|---|---|---|

**AP Imaging LLC**

**PO Box 10866**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Burbank** | **CA** | **91510** |
|---|---|---|

Basis for the claim: **Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,101.77** |
|---|---|---|---|

**Arden Place of Grapevine**

**1500 Autumn Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Grapevine** | **TX** | **76051** |
|---|---|---|

Basis for the claim: **Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$312.04** |
|---|---|---|---|

**BioSTAT**

**PO Box 1749**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Addison** | **TX** | **75001** |
|---|---|---|

Basis for the claim: **Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126,343.00** |
|---|---|---|---|

**CAP - Palmetto GBA**

**PO Box 100238**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Columbia** | **SC** | **29202** |
|---|---|---|

Basis for the claim: **Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) |
|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Cap Doctor Associates**

**Attn: Matthew Gordon**

**5295 Cameron Forest Pkwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Johns Creek**      **GA**    **30022**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,140.00** |
|---|---|---|---|

**CareFlite**

**3110 S. Great Southwest Parkway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Prairie**      **TX**    **75052**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$595.00** |
|---|---|---|---|

**CareNow**

**PO Box 743571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta**      **GA**    **30374-3571**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$471.53** |
|---|---|---|---|

**Central Messagin**

**10333 Harwin Drive, Suite 245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**      **TX**    **77036**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $23,906.46 |
|---|---|---|---|

**Chase Credit Card**

**Cardmember Services**

**P O Box 94014**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Palatine** | **IL** | **60094-4014** |
|---|---|---|

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,881.00 |
|---|---|---|---|

**Constamiam Ltd.**

**Mercy Staffing**

**PO Box 1000, Dept. 0064**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Memphis** | **TN** | **38148** |
|---|---|---|

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $141.70 |
|---|---|---|---|

**CVS Caremark**

**PO Box 847830**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75284-7830** |
|---|---|---|

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $488.26 |
|---|---|---|---|

**Duncanville Healthcare & Rehab**

**419 S. Cockrell Hill Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Duncanville** | **TX** | **75116** |
|---|---|---|

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Effie Smillie**

**3044 Rosina**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Prairie**      **TX**      **75054**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,571.40** |
|---|---|---|---|

**EHO**

**PO Box 360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Belton**      **TX**      **76513**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118,038.00** |
|---|---|---|---|

**Eli Agbotui**

**3044 Rosina**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Prairie**      **TX**      **75054**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,584.37** |
|---|---|---|---|

**Emerald Hills Rehab and Healthcare**

**5600 David Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**North Richland Hills**      **TX**      **76180**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

---

**3.17**   Nonpriority creditor's name and mailing address

**Estates Healthcare and Rehab Center**

**201 Sycamore School Rd.**

| **Fort Worth** | **TX** | **76134** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$11,400.90

---

**3.18**   Nonpriority creditor's name and mailing address

**Granbury - Flex, LLC**

**POBox 2492**

| **Midland** | **TX** | **79702** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,925.00

---

**3.19**   Nonpriority creditor's name and mailing address

**HMS**

**PO Box 952366**

| **St. Louis** | **MO** | **63195** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,416.38

---

**3.20**   Nonpriority creditor's name and mailing address

**Hospice Cloud**

**7501 Esters Blvd., Suite 100**

| **Irving** | **TX** | **75063** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$318.20

---

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,743.40** |
|---|---|---|---|

**Hospice Source LLC**

**PO Box 219168**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Kansas City** | **MO** | **64121** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Knight CPA**

**8700 Menchaca, Suite 403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Austin** | **TX** | **78748** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$37.85** |
|---|---|---|---|

**Labor Law Center, LLC**

**3501 West Garry Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Santa Ana** | **CA** | **92704-6422** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$59.75** |
|---|---|---|---|

**Laboratory Corporation of America**

**PO Box 12140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Burlington** | **NC** | **27216-2140** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $163,529.00 |
|---|---|---|---|

**Libertas**

**411 W. Putnam Ave., Suite 220**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Greenwich** | **CT** | **06380** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,550.00 |
|---|---|---|---|

**Lost Pines Mobile Imaging**

**4337 Lindbergh Drive**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Addison** | **TX** | **75001** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.75 |
|---|---|---|---|

**McKesson Medical-Surgical**

**PO Box 933027**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Atlanta** | **GA** | **31193** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,803.71 |
|---|---|---|---|

**McKesson Medical-Surgical**

**PO Box 933027**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Atlanta** | **GA** | **31193** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                     Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,765.45** |
|---|---|---|---|

Check all that apply.

**McKesson Medical-Surgical**

**PO Box 933027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Atlanta**                    **GA**      **31193**

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,718.33** |
|---|---|---|---|

Check all that apply.

**Medline Industries, Inc.**

**Dept. 1080**

**PO Box 121080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas**                    **TX**      **75312**

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$630.00** |
|---|---|---|---|

Check all that apply.

**Michael Care Continuum**

**701 Dalworth Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Grand Prairie**                **TX**      **75050**

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** |
|---|---|---|---|

Check all that apply.

**Neil Felder**

**PO Box 543033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas**                    **TX**      **75354**

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**Landlord**

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$55,000.00** |
|---|---|---|---|

*Check all that apply.*

**O A Global**

**17350 State Highway 249**

**Suite 220 #3051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77064** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,000.00** |
|---|---|---|---|

*Check all that apply.*

**Oberheiden, P.C.**

**Attn: Elizabeth Stepp**

**5728 LBJ Freeway, Suite 250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75240** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$564,570.30** |
|---|---|---|---|

*Check all that apply.*

**Palmetto**

**61 Forsyth Street, S.W., Suite 4T20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Atlanta** | **GA** | **30303-8909** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$220.00** |
|---|---|---|---|

*Check all that apply.*

**Pinnacle Quality Insight**

**7440 S. Creed Rd., Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Sandy** | **UT** | **84093** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) _____ |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $148,207.53 |
|---|---|---|---|

*Check all that apply.*

**Rapid Finance**

**4500 East West Highway, 6th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Bethesda** | **MD** | **20814** |
|---|---|---|

**Business Debt**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,702.05 |
|---|---|---|---|

*Check all that apply.*

**Relias LLC**

**PO Box 74008620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Chicago** | **IL** | **60674** |
|---|---|---|

**Business Debt**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,614,789.41 |
|---|---|---|---|

*Check all that apply.*

**RMS - UK**

**179-181 Streatham Road**

**Mitcham, Surrey, CR42AG**

**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.80 |
|---|---|---|---|

*Check all that apply.*

**Shred America**

**3831 FM 2181, Suite 103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Corinth** | **TX** | **76210** |
|---|---|---|

**Business Debt**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $557.91 |
|---|---|---|---|

**Spectrum**

**One Time Warner Center-North Tower**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New York**            **NY**    **10019**

Basis for the claim:

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $453.87 |
|---|---|---|---|

**Staples Credit Card**

**PO Box 6403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sioux Falls**            **SD**    **57117**

Basis for the claim:

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Supreme Care**

**9 Crown Parade**

**Crown Lane**

**Morden, SM45DA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**T-Mobile**

**P O Box 790047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Saint Louis**            **MO**    **63179-0047**

Basis for the claim:

**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$308.46** |
|---|---|---|---|

**UBEO**

**PO Box 791070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **San Antonio** | **TX** | **78279** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.00** |
|---|---|---|---|

**United Cooperative Services**

**PO Box 961079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Fort Worth** | **TX** | **76161-0079** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,175.79** |
|---|---|---|---|

**WELLSKY**

**PO Box 207613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75320** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,883.66** |
|---|---|---|---|

**Your Therapy Source, LLC**

**PO Box 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Southlake** | **TX** | **76092** | **Business Debt** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor    **R2R Palliative and Hospice Care, LLC**                              Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be
   listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages
   are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Charter Communications** **1265 John Q Hammons 100** **Madison        WI    53717-1936** | Line **3.41** ☐ Not listed. Explain: | __ __ __ __ |
| **4.2** **Chase Bank** **18320 Preston Road** **Dallas          TX    75252** | Line **3.9** ☐ Not listed. Explain: | __ __ __ __ |
| **4.3** **Chase Credit Card** **Business** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.4** **D&L Accountancy Services** **9a Reeds Farm Estate, Roxwell Road** **Writtle, Chelmsford, Essex** **CM1 3ST UK** | Line **3.39** ☐ Not listed. Explain: | __ __ __ __ |

Debtor    **R2R Palliative and Hospice Care, LLC**                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|     |                                                 |     | Total of claim amounts |
|-----|-------------------------------------------------|-----|------------------------|
| 5a. | **Total claims from Part 1**                    | 5a. | **$27,506.09**         |
| 5b. | **Total claims from Part 2**                    | 5b. + | **$3,028,027.66**    |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$3,055,533.75**    |

**Fill in this information to identify the case:**

Debtor name **R2R Palliative and Hospice Care, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known) _____  Chapter ___**7**___

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                    **State the name and mailing address for all other
                                                                 parties with whom the debtor has an executory
                                                                 contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Contract to be REJECTED** | **Granbury - Flex, LLC** |
| | | | **POBox 2492** |
| | State the term remaining | **13 payment(s)** | |
| | List the contract number of any government contract | | **Midland**            **TX**        **79702** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Contract to be REJECTED** | **Neil Felder** |
| | | | **PO Box 543033** |
| | State the term remaining | **8 payment(s)** | |
| | List the contract number of any government contract | | **Dallas**            **TX**        **75354** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Training Software Contract to be REJECTED** | **Relias LLC** |
| | | | **PO Box 74008620** |
| | State the term remaining | **24 payment(s)** | |
| | List the contract number of any government contract | | **Chicago**            **IL**        **60674** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental Contract to be REJECTED** | **UBEO** |
| | | | **PO Box 791070** |
| | State the term remaining | **3 payment(s)** | |
| | List the contract number of any government contract | | **San Antonio**            **TX**        **78279** |

**Fill in this information to identify the case:**

Debtor name   **R2R Palliative and Hospice Care, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules
that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **R2R Palliative and Hospice Care, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................. | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.......................................................... | **$889,008.23**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................ | **$889,008.23**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F..................................... | **$27,506.09**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+  $3,028,027.66**

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................ | **$3,055,533.75**

**Fill in this information to identify the case and this filing:**

Debtor Name     **R2R Palliative and Hospice Care, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/06/2022**          X **/s/ Effie Smillie**
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                            **Effie Smillie**
                                            Printed name

                                            **Owner**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **R2R Palliative and Hospice Care, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2022**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$719,000.00** |
| For prior year: | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,634,527.73** |
| For the year before that: | From **01/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,060,268.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2022**<br>MM / DD / YYYY | to | Filing date | **Settlement Proceeds** | **$140,000.00** |
| For prior year: | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | | |
| For the year before that: | From **01/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | | |

| Debtor | **R2R Palliative and Hospice Care, LLC** | | Case number (if known) | |
| | Name | | | |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Law Offices of David C. Lindsay, PLLC**<br>Creditor's name<br>**4900 Woodway Drive, suite 750**<br>Street | | **$8,503.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Legal Services** |
| | **Houston**          **TX**      **77056**<br>City                    State      ZIP Code | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Nissi Global Inc.**<br>Creditor's name<br>**Attn: Victoria Oka**<br>Street<br>**3240 Paseo** | **4/7/2022** | **$41,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Payroll Loan** |
| | **Grand Prairie**     **TX**      **75054**<br>City                    State      ZIP Code | | | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Joyce W. Lindauer** | | **06/17/2022** | **$2,500.00** |

**Address**

**Attorney at Law & Mediator**
Street
**1412 Main Street, Suite 500**

**Dallas**          **TX**   **75202**
City          State   ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**Effie Smillie, Owner**

Debtor   **R2R Palliative and Hospice Care, LLC**                                    Case number (if known) _____
         _____
         Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.  **861 Hebron Parkway** | From  **Spring 2014**   To   **02/2021** |
| Street | |
| **Lewisville**          **TX**    **75057** | |
| City                    State   ZIP Code | |

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained

   **Social Security Numbers and Medical Records - Debtor is HIPAA compliant.**

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☑ Yes.

Debtor    **R2R Palliative and Hospice Care, LLC**                    Case number (if known) _____
          Name

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

  ☑ No.  Go to Part 10.
  ☐ Yes.  Does the debtor serve as plan administrator?
       ☐ No.  Go to Part 10.
       ☐ Yes.  Fill in below:

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18.** **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

  ☑ None

**19.** **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

  ☑ None

**20.** **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

  ☑ None

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21.** **Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

  ☑ None

Debtor    **R2R Palliative and Hospice Care, LLC**                    Case number (if known) _____
          Name

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☒ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.1. **R2R Healthcare Rainbow to Rainbow, Inc.** | **Personal assistant services - business is not currently operating.** | Do not include Social Security number or ITIN. |
| Name | | EIN: **4   6 – 4   9   5   2   3   0   1** |
| **751 Hebron Parkway** | | |
| Street | | **Dates business existed** |
| **Suite 210** | | |
| | | From   **2/28/2014**   To   **Present** |
| **Lewisville        TX   75057** | | |
| City                State ZIP Code | | |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Pillai CPA** | From   **12/23/2019**   To   **9/1/2021** |
| Name | |
| **17330 Preston Rd Suite # 100A** | |
| Street | |
| | |
| **Richardson        TX   75252** | |
| City                State ZIP Code | |

Debtor   **R2R Palliative and Hospice Care, LLC**                                Case number (if known)
_____
Name

**Name and address**                                                        **Dates of service**

26a.2.   **Knight CPA**                                          From   **9/1/2021**   To   **Present**
Name
**8700 Menchaca Rd STE 403**
Street
_____

**Austin**                        **TX**        **78748**
City                              State       ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                        **If any books of account and records are
unavailable, explain why**

26c.1.   **Knight CPA**
Name
**8700 Menchaca Rd STE 403**
Street
_____

**Austin**                        **TX**        **78748**
City                              State       ZIP Code

**Name and address**                                        **If any books of account and records are
unavailable, explain why**

26c.2.   **Whirks**
Name
**5570 Murray Ave**
Street
_____

**Memphis**                       **TN**        **38119**
City                              State       ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
financial statement within 2 years before filing this case.

☑ None

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.   Give the details about the two most recent inventories.

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Effie Smillie** | **3044 Rosina**<br>**Grand Prairie, TX 75054** | **Owner** | **100%** |

Debtor   **R2R Palliative and Hospice Care, LLC**                              Case number (if known) _____
_____
Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1. **Eli Agbotui**
Name
**3044 Rosina**
Street

**Grand Prairie   TX   75054**
City            State   ZIP Code

Relationship to debtor
**Director of Operations**

Amount of money or description and value of property: **Yearly Salary - Director of Operations $100,000.00**

Dates: **July 2021 - Present. Paid biweekly**

Reason for providing the value: **Salary - Director of Operations**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.2. **Effie Smillie**
Name
**3044 Rosina**
Street

**Grand Prairie   TX   75054**
City            State   ZIP Code

Relationship to debtor
**Owner**

Amount of money or description and value of property: **Yearly Salary $88,076.87**

Dates: **July 2021 - Present. Paid biweekly**

Reason for providing the value: **Salary - Owner**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

Name of the parent corporation
**R2R Healthcare Rainbow to Rainbow, Inc.**

Employer Identification number of the parent corporation
EIN: **4  6 – 4  9  5  2  3  0  1**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/06/2022**
          MM / DD / YYYY

**X** **/s/ Effie Smillie**                                    Printed name **Effie Smillie**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re  **R2R Palliative and Hospice Care, LLC**                    Case No. _____

                                                                 Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................................. | **$2,500.00** |
| Prior to the filing of this statement I have received....................................................... | **$2,500.00** |
| Balance Due................................................................................................................ | **$0.00** |

2. The source of the compensation paid to me was:

☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/06/2022** | **/s/ Joyce W. Lindauer** |
| *Date* | *Joyce W. Lindauer*                    Bar No.  21555700 |
| | Joyce Lindauer |
| | Joyce W. Lindauer Attorney, PLLC |
| | 1412 Main Street, Suite 500 |
| | Dallas, TX 75202 |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 |

---

**/s/ Effie Smillie**

*Effie Smillie*
*Owner*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **R2R Palliative and Hospice Care, LLC**                         CASE NO

                                                                          CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/6/2022 _____          Signature   **/s/ Effie Smillie** _____
                                                            ***Effie Smillie***
                                                            ***Owner***

Date _____          Signature _____

AP Imaging LLC
PO Box 10866
Burbank, CA 91510


Arden Place of Grapevine
1500 Autumn Drive
Grapevine, TX 76051


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


BioSTAT
PO Box 1749
Addison, TX 75001


CAP - Palmetto GBA
PO Box 100238
Columbia, SC 29202


Cap Doctor Associates
Attn: Matthew Gordon
5295 Cameron Forest Pkwy
Johns Crek, GA 30022


CareFlite
3110 S. Great Southwest Parkway
Grand Prairie, TX 75052


CareNow
PO Box 743571
Atlanta, GA 30374-3571


Central Messagin
10333 Harwin Drive, Suite 245
Houston, TX 77036

Charter Communications
1265 John Q Hammons 100
Madison, WI 53717-1936


Chase Bank
18320 Preston Road
Dallas, TX 75252


Chase Credit Card
Cardmember Services
P O Box 94014
Palatine, IL 60094-4014


Chase Credit Card
Business


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


Constantiam Ltd.
Mercy Staffing
PO Box 1000, Dept. 0064
Memphis, TN 38148


CVS Caremark
PO Box 847830
Dallas, TX 75284-7830


D&L Accountancy Services
9a Reeds Farm Estate, Roxwell Road
Writtle, Chelmsford, Essex
CM1 3ST UK


Duncanville Healthcare & Rehab
419 S. Cockrell Hill Rd.
Duncanville, TX 75116

Effie Smillie
3044 Rosina
Grand Prairie, TX 75054


EHO
PO Box 360
Belton, TX 76513


Eli Agbotui
3044 Rosina
Grand Prairie, TX 75054


Emely Robinson
4703 Osage Court
Arlington, TX 76018


Emerald Hills Rehab and Healthcare
5600 David Blvd.
North Richland Hills, TX 76180


Estates Healthcare and Rehab Center
201 Sycamore School Rd.
Fort Worth, TX 76134


Georgina Formacion
3509 Beech Street
Rowlett, TX 75089


Granbury - Flex, LLC
POBox 2492
Midland, TX 79702


HMS
PO Box 952366
St. Louis, MO 63195

Hospice Cloud
7501 Esters Blvd., Suite 100
Irving, TX 75063


Hospice Source LLC
PO Box 219168
Kansas City,MO 64121


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346


Janetta Serano
5555 Amesbury Drive
Apt 1107
Dallas, TX 75206


Knight CPA
8700 Menchaca, Suite 403
Austin, TX 78748


Labor Law Center, LLC
3501 West Garry Avenue
Santa Ana, CA 92704-6422


Laboratory Corporation of America
PO Box 12140
Burlington, NC 27216-2140


Libertas
411 W. Putnam Ave., Suite 220
Greenwich, CT 06380

Lindsay Williams
4208 County Road 2008
Glen Rose, TX 76043


Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Lost Pines Mobile Imaging
4337 Lindbergh Drive
Addison, TX 75001


Marivic Jacobs
8104 Whitney Lane
Fort Worth, TX 76120


McKesson Medical-Surgical
PO Box 933027
Atlanta, GA 31193


Medline Industries, Inc.
Dept. 1080
PO Box 121080
Dallas, TX 75312


Michael Care Continuum
701 Dalworth Street
Grand Prairie, TX 75050


Nancy Rivera
3733 Lisa Lane
Mesquite, TX 75150


Neil Felder
PO Box 543033
Dallas, TX 75354

O A Global
17350 State Highway 249
Suite 220 #3051
Houston, TX 77064


Oberheiden, P.C.
Attn: Elizabeth Stepp
5728 LBJ Freeway, Suite 250
Dallas, TX 75240


Palmetto
61 Forsyth Street, S.W., Suite 4T20
Atlanta, GA 30303-8909


Paul Alan
7406 Hanover Court
Granbury, TX 76049


Pinnacle Quality Insight
7440 S. Creed Rd., Suite 300
Sandy, UT 84093


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Relias LLC
PO Box 74008620
Chicago, IL 60674


RMS - UK
179-181 Streatham Road
Mitcham, Surrey, CR42AG
United Kingdom


Saira Jamal
1806 Green Leaf Cove
South Lake, TX 76092

Shred America
3831 FM 2181, Suite 103
Corinth, TX 76210


Spectrum
One Time Warner Center-North Tower
New York, NY 10019


Staples Credit Card
PO Box 6403
Sioux Falls, SD 57117


Stormmy Mitchell
2525 W Pleasant Run Road
Apt 7M
Lancaster, TX 75146


Supreme Care
9 Crown Parade
Crown Lane
Morden, SM45DA
United Kingdom

T-Mobile
P O Box 790047
Saint Louis, MO 63179-0047


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


Todd Stevens
PO Box 191
Sidell, TX 76267


U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204

```
U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


UBEO
PO Box 791070
San Antonio, TX 78279



United Cooperative Services
PO Box 961079
Fort Worth, TX 76161-0079



WELLSKY
PO Box 207613
Dallas, TX 75320



Wendy Alexander
3105 Phaeton Court
Plano, TX 75023



Your Therapy Source, LLC
PO Box 93552
Southlake, TX 76092
```