**Fill in this information to identify the case:**

Debtor: **R2R Palliative and Hospice Care, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **22-40856-btr**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Donna L. Cowart<br>504 Stableford Street<br><br>Celina  TX  75009<br>Date or dates debt was incurred<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** ) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,010.25 | $8,010.25 |
| **2.2** Priority creditor's name and mailing address<br>Emely Robinson<br>4703 Osage Court<br><br>Arlington  TX  76018<br>Date or dates debt was incurred<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** ) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,080.20 | $2,080.20 |

| Debtor | R2R Palliative and Hospice Care, LLC | Case number (if known) | 22-40856-btr |
|---|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.3 Priority creditor's name and mailing address**
Georgina Formacion
3509 Beech Street

Rowlett TX 75089

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

Total claim: **$3,043.06**     Priority amount: **$3,043.06**

---

**2.4 Priority creditor's name and mailing address**
Gordon Jenkins
1805 Leo Drive

Van Alstyne TX 75495

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

Total claim: **$4,330.39**     Priority amount: **$4,330.39**

---

**2.5 Priority creditor's name and mailing address**
Janetta Serano
5555 Amesbury Drive
Apt 1107

Dallas TX 75206

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

Total claim: **$2,296.65**     Priority amount: **$2,296.65**

Debtor **R2R Palliative and Hospice Care, LLC**     Case number (if known) **22-40856-btr**

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

### 2.6

**Priority creditor's name and mailing address**
**Lindsay Williams**
**4208 County Road 2008**

**Glen Rose**    **TX**    **76043**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$2,568.62**  Priority amount: **$2,568.62**

### 2.7

**Priority creditor's name and mailing address**
**Marivic Jacobs**
**8104 Whitney Lane**

**Fort Worth**    **TX**    **76120**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$3,120.66**  Priority amount: **$3,120.66**

### 2.8

**Priority creditor's name and mailing address**
**Nancy Rivera**
**3733 Lisa Lane**

**Mesquite**    **TX**    **75150**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$1,599.28**  Priority amount: **$1,599.28**

| Debtor | R2R Palliative and Hospice Care, LLC | Case number (if known) | 22-40856-btr |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.9** Priority creditor's name and mailing address
**Paul Alan**
**7406 Hanover Court**

**Granbury        TX        76049**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $1,187.50    Priority amount: $1,187.50

---

**2.10** Priority creditor's name and mailing address
**Saira Jamal**
**1806 Green Leaf Cove**

**South Lake        TX        76092**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $4,104.74    Priority amount: $4,104.74

---

**2.11** Priority creditor's name and mailing address
**Stormmy Mitchell**
**2525 W Pleasant Run Road**
**Apt 7M**

**Lancaster        TX        75146**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $2,130.30    Priority amount: $2,130.30

| Debtor | R2R Palliative and Hospice Care, LLC | Case number (if known) | 22-40856-btr |
|---|---|---|---|

### Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address
**Todd Stevens**
**PO Box 191**

**Sidell    TX    76267**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $2,756.64    Priority amount: $2,756.64

---

**2.13** Priority creditor's name and mailing address
**Wendy Alexander**
**3105 Phaeton Court**

**Plano    TX    75023**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $2,618.44    Priority amount: $2,618.44

Debtor **R2R Palliative and Hospice Care, LLC**     Case number (if known) **22-40856-btr**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address
**AP Imaging LLC**
**PO Box 10866**

**Burbank           CA     91510**

Date or dates debt was incurred
Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$591.63**

### 3.2 Nonpriority creditor's name and mailing address
**Arden Place of Grapevine**
**1500 Autumn Drive**

**Grapevine          TX     76051**

Date or dates debt was incurred
Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$38,101.77**

### 3.3 Nonpriority creditor's name and mailing address
**BioSTAT**
**PO Box 1749**

**Addison            TX     75001**

Date or dates debt was incurred
Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$312.04**

### 3.4 Nonpriority creditor's name and mailing address
**CAP - Palmetto GBA**
**PO Box 100238**

**Columbia           SC     29202**

Date or dates debt was incurred
Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$126,343.00**

Debtor **R2R Palliative and Hospice Care, LLC** Case number (if known) **22-40856-btr**

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |

**Cap Doctor Associates**
**Attn: Matthew Gordon**
**5295 Cameron Forest Pkwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Johns Crek    GA    30022**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | $1,140.00 |

**CareFlite**
**3110 S. Great Southwest Parkway**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Prairie    TX    75052**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | $595.00 |

**CareNow**
**PO Box 743571**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta    GA    30374-3571**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | $471.53 |

**Central Messagin**
**10333 Harwin Drive, Suite 245**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston    TX    77036**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 7

| Debtor | R2R Palliative and Hospice Care, LLC | Case number (if known) | 22-40856-btr |
|---|---|---|---|

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address
Chase Credit Card
Cardmember Services
P O Box 94014
Palatine    IL    60094-4014
Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$23,906.46

**3.10** Nonpriority creditor's name and mailing address
Constantiam Ltd.
Mercy Staffing
PO Box 1000, Dept. 0064
Memphis    TN    38148
Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$6,881.00

**3.11** Nonpriority creditor's name and mailing address
CVS Caremark
PO Box 847830
Dallas    TX    75284-7830
Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$141.70

**3.12** Nonpriority creditor's name and mailing address
Duncanville Healthcare & Rehab
419 S. Cockrell Hill Rd.
Duncanville    TX    75116
Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$488.26

Debtor: **R2R Palliative and Hospice Care, LLC**  Case number (if known): **22-40856-btr**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.13** Nonpriority creditor's name and mailing address
**Effie Smillie**
**3044 Rosina**
**Grand Prairie  TX  75054**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number: __ __ __ __

**$25,000.00**

---

**3.14** Nonpriority creditor's name and mailing address
**EHO**
**PO Box 360**
**Belton  TX  76513**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number: __ __ __ __

**$7,571.40**

---

**3.15** Nonpriority creditor's name and mailing address
**Eli Agbotui**
**3044 Rosina**
**Grand Prairie  TX  75054**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number: __ __ __ __

**$118,038.00**

---

**3.16** Nonpriority creditor's name and mailing address
**Emerald Hills Rehab and Healthcare**
**5600 David Blvd.**
**North Richland Hills  TX  76180**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number: __ __ __ __

**$2,584.37**

Debtor **R2R Palliative and Hospice Care, LLC**  Case number (if known) **22-40856-btr**

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address
**Estates Healthcare and Rehab Center**
**201 Sycamore School Rd.**

**Fort Worth  TX  76134**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$11,400.90**

---

**3.18** Nonpriority creditor's name and mailing address
**Granbury - Flex, LLC**
**POBox 2492**

**Midland  TX  79702**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,925.00**

---

**3.19** Nonpriority creditor's name and mailing address
**HMS**
**PO Box 952366**

**St. Louis  MO  63195**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$2,416.38**

---

**3.20** Nonpriority creditor's name and mailing address
**Hospice Cloud**
**7501 Esters Blvd., Suite 100**

**Irving  TX  75063**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$318.20**

---

Debtor **R2R Palliative and Hospice Care, LLC** Case number (if known) **22-40856-btr**

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,743.40 |

**Hospice Source LLC**
**PO Box 219168**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kansas City** **MO** **64121**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Knight CPA**
**8700 Menchaca, Suite 403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin** **TX** **78748**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.85 |

**Labor Law Center, LLC**
**3501 West Garry Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Santa Ana** **CA** **92704-6422**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.75 |

**Laboratory Corporation of America**
**PO Box 12140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Burlington** **NC** **27216-2140**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **R2R Palliative and Hospice Care, LLC**     Case number (if known) **22-40856-btr**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$163,529.00**

**Libertas**
**411 W. Putnam Ave., Suite 220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Greenwich CT 06380**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$1,550.00**

**Lost Pines Mobile Imaging**
**4337 Lindbergh Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Addison TX 75001**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$156.75**

**McKesson Medical-Surgical**
**PO Box 933027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta GA 31193**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$7,803.71**

**McKesson Medical-Surgical**
**PO Box 933027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta GA 31193**

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **R2R Palliative and Hospice Care, LLC**          Case number (if known) **22-40856-btr**

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.29** Nonpriority creditor's name and mailing address

**McKesson Medical-Surgical**
**PO Box 933027**

**Atlanta          GA    31193**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,765.45

**3.30** Nonpriority creditor's name and mailing address

**Medline Industries, Inc.**
**Dept. 1080**
**PO Box 121080**

**Dallas          TX    75312**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,718.33

**3.31** Nonpriority creditor's name and mailing address

**Michael Care Continuum**
**701 Dalworth Street**

**Grand Prairie          TX    75050**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$630.00

**3.32** Nonpriority creditor's name and mailing address

**Neil Felder**
**PO Box 543033**

**Dallas          TX    75354**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Landlord**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

| Debtor | R2R Palliative and Hospice Care, LLC | Case number (if known) | 22-40856-btr |
|---|---|---|---|

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.33** Nonpriority creditor's name and mailing address

O A Global
17350 State Highway 249
Suite 220 #3051

Houston          TX     77064

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$55,000.00

**3.34** Nonpriority creditor's name and mailing address

Oberheiden, P.C.
Attn: Elizabeth Stepp
5728 LBJ Freeway, Suite 250

Dallas           TX     75240

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

**3.35** Nonpriority creditor's name and mailing address

Palmetto
61 Forsyth Street, S.W., Suite 4T20

Atlanta          GA     30303-8909

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$564,570.30

**3.36** Nonpriority creditor's name and mailing address

Pinnacle Quality Insight
7440 S. Creed Rd., Suite 300

Sandy            UT     84093

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$220.00

| Debtor | R2R Palliative and Hospice Care, LLC | Case number (if known) | 22-40856-btr |
|---|---|---|---|

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address
**Rapid Finance**
**4500 East West Highway, 6th Floor**

**Bethesda          MD     20814**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$148,207.53

---

**3.38** Nonpriority creditor's name and mailing address
**Relias LLC**
**PO Box 74008620**

**Chicago           IL     60674**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,702.05

---

**3.39** Nonpriority creditor's name and mailing address
**RMS - UK**
**179-181 Streathem Road**
**Mitcham, Surrey, CR42AG**
**United Kingdom**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,614,789.41

---

**3.40** Nonpriority creditor's name and mailing address
**Shred America**
**3831 FM 2181, Suite 103**

**Corinth           TX     76210**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$280.80

| Debtor | **R2R Palliative and Hospice Care, LLC** | Case number (if known) | **22-40856-btr** |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.41** Nonpriority creditor's name and mailing address
**Spectrum**
**One Time Warner Center-North Tower**

**New York    NY    10019**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$557.91

---

**3.42** Nonpriority creditor's name and mailing address
**Staples Credit Card**
**PO Box 6403**

**Sioux Falls    SD    57117**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$453.87

---

**3.43** Nonpriority creditor's name and mailing address
**Supreme Care**
**9 Crown Parade**
**Crown Lane**
**Morden, SM45DA**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$50,000.00

---

**3.44** Nonpriority creditor's name and mailing address
**T-Mobile**
**P O Box 790047**

**Saint Louis    MO    63179-0047**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

Debtor **R2R Palliative and Hospice Care, LLC**     Case number (if known) **22-40856-btr**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.45** Nonpriority creditor's name and mailing address     **$308.46**

**UBEO**
**PO Box 791070**

**San Antonio**    **TX**    **78279**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address     **$157.00**

**United Cooperative Services**
**PO Box 961079**

**Fort Worth**    **TX**    **76161-0079**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address     **$20,175.79**

**WELLSKY**
**PO Box 207613**

**Dallas**    **TX**    **75320**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address     **$2,883.66**

**Your Therapy Source, LLC**
**PO Box 93552**

**Southlake**    **TX**    **76092**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **R2R Palliative and Hospice Care, LLC**     Case number (if known) **22-40856-btr**

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Charter Communications**<br>**1265 John Q Hammons 100**<br><br>**Madison WI 53717-1936** | Line **3.41**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.2 | **Chase Bank**<br>**18320 Preston Road**<br><br>**Dallas TX 75252** | Line **3.9**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.3 | **Chase Credit Card**<br>**Business** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.4 | **D&L Accountancy Services**<br>**9a Reeds Farm Estate, Roxwell Road**<br>**Writtle, Chelmsford, Essex**<br>**CM1 3ST UK** | Line **3.39**<br>☐ Not listed. Explain: | __ __ __ __ |

Debtor  **R2R Palliative and Hospice Care, LLC**　　　　　　Case number (if known) **22-40856-btr**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total of claim amounts**

5a.　**Total claims from Part 1**　　　　　　　　　　5a.　　　**$39,846.73**

5b.　**Total claims from Part 2**　　　　　　　　　　5b. +　　**$3,028,027.66**

5c.　**Total of Parts 1 and 2**　　　　　　　　　　　5c.　　　**$3,067,874.39**
　　　Lines 5a + 5b = 5c.

**Fill in this information to identify the case and this filing:**

Debtor Name: **R2R Palliative and Hospice Care, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **22-40856-btr**

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☒ Amended Schedule **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/02/2022**    X **/s/ Effie Smillie**
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**Effie Smillie**
Printed name

**Owner**
Position or relationship to debtor